A93A2066. SHAHEEN & COMPANY v. NATIONSBANK OF GEORGIA.
(451 SE2d 112)

BIRDSONG, Presiding Judge.

In *NationsBank of Ga. v. Shaheen & Co.*, 264 Ga. 533 (448 SE2d 688), the Supreme Court reversed the judgment of this Court in *Shaheen & Co. v. NationsBank of Ga.*, 212 Ga. App. 333 (441 SE2d 769). Therefore, our judgment in this appeal is vacated and the judgment of the Supreme Court is made the judgment of this court. Accordingly, the judgment of the trial court is affirmed.

*Judgment affirmed. Pope, C. J., and Andrews, J., concur.*

DECIDED NOVEMBER 29, 1994.

*Frederick J. Hanna, Elizabeth C. Whealler*, for appellant.
*Alston & Bird, Bradley L. Cooper*, for appellee.